UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DEQUNNE HERRON,

        Plaintiff,

v.

        Case No. 2:25-cv-71

        Honorable Ray Kent

KANDI WRIGHT,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 13, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge